UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BONNIE CROZIER,<br><br>    Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF<br>WATER RESOURCES,<br><br>    Defendant. | No. 2:17-cv-0397-JAM-KJN PS<br><br><br>FINDINGS AND RECOMMENDATIONS |

On April 19, 2017, this court denied plaintiff's motion to proceed *in forma pauperis*. (ECF No. 3.) Plaintiff was ordered to pay the applicable filing fee or request a reasonable extension of time within 28 days. (ECF No. 3.) Plaintiff has failed to pay the applicable filling fee and she has not requested any extension of time.

Accordingly, IT IS HEREBY RECOMMENDED that:

1. Plaintiff's complaint be dismissed pursuant to Federal Rule of Civil Procedure 41(b), without prejudice.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen (14) days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned

1

"Objections to Magistrate Judge's Findings and Recommendations." Any reply to the objections shall be served on all parties and filed with the court within fourteen (14) days after service of the objections. The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Turner v. Duncan, 158 F.3d 449, 455 (9th Cir. 1998); Martinez v. Ylst, 951 F.2d 1153, 1156-57 (9th Cir. 1991).

IT IS SO RECOMMENDED.

Dated: June 1, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

14